UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Consolidated |
| Aspen Partnership | ) | Case No. 00-15222 |
| | ) | Case No. 00-15225 |
| and | ) | |
| | ) | Honorable John H. Squires |
| Horst R. Rahden, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**Notice of Filing**

To:   See Attached Service List

**PLEASE TAKE NOTICE** that on Wednesday, April 14, 2010, Joseph A. Baldi, trustee herein, filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, the **Trustee's Report of Deposit of Unclaimed Property**, a copy of which is attached hereto and hereby served upon you.

Joseph A. Baldi
Attorney I.D. No. 00100145
Elizabeth C. Berg
Attorney I.D. No. 6200886
Joseph A. Baldi & Associates
Suite 1500
19 South LaSalle Street
Chicago, IL  60603

I, Joseph A. Baldi, hereby certify that I caused a true and correct copy of the foregoing notice and the report identified therein to be served upon the persons listed on the attached service list at their respective addresses either electronically or by first class mail, postage prepaid on April 14, 2010.

/s/
Joseph A. Baldi

**Service List**
***Aspen Partnership and Horst Rahden**, debtors*
*Case Nos. 00-15222 and 00-15225*

Office of the United States Trustee
219 S. Dearborn Street
Suite 873
Chicago   IL 60604
USTPRegion11.ES.ECF@usdoj.gov
**Via Electronic Notice**

Avrum H. Dannen, Esq.
303 W. Madison St.
23rd Floor
Chicago, IL 60606
**Via First Class Mail**

Joel A. Schechter
Debtor's Attorney
53 W. Jackson Blvd.
Chicago, IL 60604
joelschechter@covad.net
**Via Electronic Notice**

Beatrice Stain
1645 Pierce Rd.
Hoffman Estates, IL 60194
**Via First Class Mail**

John Russell Augenstein
317 Greystone Ct. Unit B
Schaumburg, IL 60193
**Via First Class Mail**

Provident Bank
1 E. 4th St.
225 D
Cincinnati, OH 45202
**Via First Class Mail**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | Consolidated |
| Aspen Partnership, | ) | Case No. 00-15222 |
| | ) | Case No. 00-15225 |
| and | ) | |
| | ) | Honorable John H. Squires |
| Horst R. Rahden, | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

**Trustee's Report of Deposit of Unclaimed Property**

Joseph A. Baldi, trustee ("Trustee"), pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1.  On May 22, 2000 ("Petition Date"), Aspen Partnership ("Aspen") filed its voluntary petition under chapter 7 of the Code and Horst R. Rahden ("Rahden") filed his voluntary petition under Chapter 7 of the Code.

2.  On or about the Petition Date, Leonard Groupe was appointed as the chapter 7 Trustee for the Debtors' estates.

3.  On May 24, 2006, this Court entered an order substantively consolidating the Debtors cases ("Consolidation Order").

4.  On or about December 22, 2006, Mr. Groupe resigned as the chapter 7 Trustee of the Estate and Joseph A. Baldi was appointed as the successor trustee. Joseph A. Baldi continues to serve as the duly appointed and acting Trustee in the Estate.

5. On or about October 28, 2009, the Trustee filed his proposed Trustee's Distribution Report, along with Trustee's Final Report, with the Clerk of the United States Bankruptcy Court. Subsequent to the final hearing in this case Trustee sent distribution checks on December 1, 2009 via U.S. Mail to the holders of allowed general unsecured claims listed on the Distribution Report, including the following claimants:

| Claimant | Check No. | Amount |
|---|---|---|
| Beatrice Stain<br>1645 Pierce Rd.<br>Hoffman Estates, IL 60194 | 1080 | $623.21 |
| John Russell Augenstein<br>317 Greystone Ct. Unit B<br>Schaumburg, IL 60193 | 1089 | $6,770.37 |
| Provident Bank<br>1 E. 4th St.<br>225 D<br>Cincinnati, OH 45202 | 1108 | $798.90 |

6. The distribution checks for Beatrice Stain and John Russell Augenstein were returned to Trustee marked "Return to Sender, No Such Number." Upon investigation, Trustee learned that Beatrice Stain and John Russell Augenstein are deceased.

7. The initial distribution check for Provident Bank was returned by the creditor with request for reissuance. Trustee reissued the dividend check on January 8, 2010. As of April 8, 2010 the reissued check remains unpaid and Trustee has subsequently stopped payment on same per 11 U.S.C. §347.

8. By reason of the foregoing, Trustee has stopped payment on each of the distribution checks listed in paragraph 5 above and has deposited these unclaimed

2

funds by payment of same to the Clerk of the Bankruptcy Court pursuant to §347 of the

Bankruptcy Code.

Respectfully submitted,

_____/s/_____
Joseph A. Baldi, Trustee

Joseph A. Baldi
Attorney ID No. 00100145
Elizabeth C. Berg
Attorney ID No. 6200886
Joseph A. Baldi & Associates, P.C.
19 South LaSalle Street   Suite 1500
Chicago, IL  60603
(312) 726-8150

3